IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Roee Kiviti, et al. | Civil Action No. 19-2665 |
| *Plaintiffs*, | |
| v. | |
| Michael R. Pompeo, et al., | |
| *Defendants*. | |

## **JOINT RECORD**

Pursuant to the Court's Case Management Order, the parties hereby submit the Joint Record concerning Plaintiff's Motion for Partial Summary Judgment (ECF No. 47). The Joint Record consists of Exhibits A-CC, which are Bates numbered JR001–JR256.

## JOINT RECORD INDEX

| Exhibit Reference | Exhibit Name | Bates Range |
|---|---|---|
| A | Declaration of Roee Kiviti | JR001-007 |
| B | Declaration of Adiel Kiviti | JR008-014 |
| C | Declaration of Susan Baker Manning | JR015-017 |
| D | United States Passport of Roee Kiviti | JR018 |
| E | United States Naturalization Certificate of Roee Kiviti | JR019 |
| F | United States Passport of Adiel Kiviti | JR020 |
| G | United States Permanent Resident Card of Adiel Kiviti | JR021 |
| H | United States Naturalization Certificate of Adiel Kiviti | JR022 |
| I | Marriage Certificate of Roee and Adiel Kiviti | JR023 |
| J | Queen's Bench of Alberta's Surrogacy Order re L.R.K. | JR024-027 |
| K | Birth Certificate of L.R.K. | JR028 |
| L | United States Passport of L.R.K. | JR029 |
| M | Surrogacy Agreement re K.R.K. | JR030-079 |
| N | Queen's Bench of Alberta's Surrogacy Order re K.R.K. | JR080-082 |
| O | Birth Certificate of K.R.K. | JR083 |
| P | Correspondence between Adiel and Roee Kiviti and State Department Attorney | JR084-085 |
| Q | Correspondence between Adiel and Roee Kiviti and State Department Attorney | JR086-102 |
| R | Correspondence from State Department to Adiel and Roee Kiviti | JR103 |
| S | State Department Foreign Affairs Manual homepage (Jan. 6, 2020) | JR104 |

| Exhibit Reference | Exhibit Name | Bates Range |
|---|---|---|
| T | 8 FAM § 301.4 ("Acquisition by Birth Abroad to U.S. Citizen Parent(s) and Evolution of Key Statues") | JR105-114 |
| U | 8 FAM § 304.1 ("Birth in Wedlock, of Wedlock, Void and Voidable Marriages") | JR115-118 |
| V | 8 FAM § 304.3 ("Acqusition [sic] of U.S. Citizenship at Birth - Assisted Reproductive Technology") | JR119-121 |
| W | Excerpts of Paul Peek (30(b)(6)) Deposition Transcript filed as ECF No. 83-4 (Jan.7, 2019) in *Dvash-Banks v. Pompeo*, Case No. 2:18-cv-00523 (C.D. Cal)[*] | JR122-139 |
| X | Excerpts of Larilyn Reffett Deposition Transcript filed as ECF No. 83-8 (Jan. 7, 2019) in *Dvash-Banks v. Pompeo*, Case No. 2:18-cv-00523 (C.D. Cal)[*] | JR140-146 |
| Y | Excerpts of Margaret Ramsay Deposition Transcript filed as ECF No. 83-7 (Jan. 7, 2019) in *Dvash-Banks v. Pompeo*, Case No. 2:18-cv-00523 (C.D. Cal)[*] | JR147-153 |
| Z | Plaintiffs' Combined Statement of Facts filed as ECF No. 110-1 (Jan. 22, 2019) in *Dvash-Banks v. Pompeo*, Case No. 2:18-cv-00523 (C.D. Cal) | JR154-242 |
| AA | Supplemental Excerpts of Paul Peek (30(b)(6)) Deposition Transcript | JR243-244 |
| BB | U.S. Dept. of State Form DX-2029 (Application for Consular Report of Birth Abroad of a Citizen of the United States of America) | JR245-253 |
| CC | Memorandum from Assistant Secretary of State for Consular Affairs to the Secretary of State regarding Assisted Reproductive Technology (ART), Citizenship and Visa Law (Feb. 13, 2012) | JR254-256 |

---

[*] Exhibits W-Y and AA are publicly-available excerpts of the transcripts of the Peek (30(b)(6)), Reffett, and Ramsay depositions as filed with the district court in *Dvash-Banks v. Pompeo*, Case No. 2:18-cv-00523 (C.D. Cal).

Dated: March 6, 2020

Joseph H. Hunt
Assistant Attorney General

Anthony J. Coppolino
Deputy Director

*/s/ Alexis J. Echols*
Alexis J. Echols
Trial Attorney

Vinita B. Andrapalliyal
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11304
Washington, D.C. 20005
Telephone: (202) 305-8613
Facsimile: (202) 616-8460
Email: alexis.j.echols@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

*/s/ Clara Kollm*
Susan Baker Manning*
Eleanor Pelta*
Clara Kollm (MD Bar No. 19865)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
susan.manning@morganlewis.com
eleanor.pelta@morganlewis.com
clara.kollm@morganlewis.com

John A. Polito*
Christie P. Bahna*
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
john.polito@morganlewis.com
christie.bahna@morganlewis.com

Jacquelynne M. Hamilton*
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
jacquelynne.hamilton@morganlewis.com

Omar Gonzalez-Pagan*
Karen L. Loewy*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: (212) 809-8585
Facsimile: (212) 809-0055
ogonzalez-pagan@lambdalegal.org
kloewy@lambdalegal.org

Aaron C. Morris*
IMMIGRATION EQUALITY
40 Exchange Place, Suite 1300
New York, New York 10005-2744
Telephone: (212) 714-2904
amorris@immigrationequality.org
*Attorneys for Plaintiffs*

*Admitted *pro hac vice*