# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

ROEE KIVITI,
ADIEL KIVITI and
K.R.K.,

    Plaintiffs,

    v.

MICHAEL POMPEO,
*in his Official Capacity as Secretary of State*,
and
U.S. DEPARTMENT OF STATE,

    Defendants.

Civil Action No. TDC-19-2665

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss, ECF No. 46, is GRANTED IN PART and DENIED IN PART. It is granted as to the Administrative Procedure Act claim and otherwise denied.

2. Plaintiffs' Motion for Partial Summary Judgment, ECF No. 47, is GRANTED.

3. The Court declares that K.R.K. is a United States citizen by birth pursuant to 8 U.S.C. § 1401(c).

4. The U.S. Department of State is directed to issue a United States passport to K.R.K.

5. The remaining claims are DISMISSED AS MOOT.

6. The Clerk is directed to close this case.

Date: June 17, 2020

       /s/ *Theodore D. Chuang*
    THEODORE D. CHUANG
    United States District Judge